UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 07-4508-TJH (MAN)  Date: February 28, 2008

Title:   Luis Lorenzo Armentero v. D.K. Sisto
================================================================================
DOCKET ENTRY:   ORDER DENYING PETITIONER'S MOTION
================================================================================
PRESENT:

　　　　　　　　Hon. Margaret A. Nagle   , United States Magistrate Judge

　　　　　　　　Earlene Carson　　　　　　N/A
　　　　　　　　Deputy Clerk　　　　　　　Court Reporter/Tape No.

ATTORNEYS PRESENT FOR PETITIONER:　　　ATTORNEYS PRESENT FOR RESPONDENTS:

　　N/A　　　　　　　　　　　　　　　　　　N/A

**PROCEEDINGS (In Chambers):**

The Court is in receipt of Petitioner's "Motion and Request That The Court Issue and Order Granting Petitioner His Petition and All relief Sought," filed on February 25, 2008 ("Motion"). By the Motion, Petitioner asserts that his Petition should be granted, because Respondent allegedly has failed to file an Answer to the Petition by the extended deadline of November 2, 2007.

IT IS ORDERED that the Motion is DENIED. Respondent filed his Answer to the Petition on October 29, 2007. The proof of service appended to the Answer shows that the Answer was served upon Petitioner at his docket address of record. As no Reply has been filed, this matters is under submission to the Court.

cc:　　All Parties of Record

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk ___efc__
CIVIL - GEN