**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS LORENZO ARMENTERO, | ) NO. CV 07-4508-TJH (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| D.K. SISTO, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 3, 2011

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE